UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CHRISTOPHER LACCINOLE,

        **Plaintiff,**

v.                                    ACTION NO. 2:21cv507

COVA HOME REALTY LLC, *et al.*,

        **Defendants.**

## FINAL ORDER

Plaintiff Christopher Laccinole ("Plaintiff"), appearing *pro se*, filed this action against Defendants COVA Home Realty LLC ("COVA"), Randolph James Tappen ("Tappen"), KD Homes VA, LLC ("KD Homes"), and Kelly Liedtke ("Liedtke"). Second Am. Compl., ECF No. 23. The operative complaint asserted claims pursuant to the Telephone Consumer Protection Act ("TCPA") and the Virginia Telephone Privacy Protection Act ("VTPPA"). *Id.*

Despite being served with process, KD Homes and Liedtke never appeared in this action, and default was entered against them. Entry Default, ECF No. 31. COVA and Tappen were dismissed from this action pursuant to a stipulation of the appearing parties, and Plaintiff subsequently filed a Motion for Default Judgment against KD Homes and Liedtke.[1] Order, ECF No. 82; Stip., ECF No. 80; Mot. Default J., ECF No. 83.

Plaintiff's Motion for Default Judgment was referred to a United States Magistrate Judge for a Report and Recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Rule

---

[1] Plaintiff styled his motion as a "Motion for Summary Judgment Upon Defendants KD Homes VA LLC and Kelly Liedtke" however, the Court construed Plaintiff's motion as a Motion for Default Judgment. Referral Order at 1, ECF No. 87.

72(b) of the Federal Rules of Civil Procedure. Referral Order at 2, ECF No. 87. On January 23, 2026, the Magistrate Judge held a hearing on the Plaintiff's motion.[2] R&R at 2, ECF No. 90. On February 11, 2026, the Magistrate Judge filed a Report and Recommendation, in which he recommends that:

1. Plaintiff's [M]otion for [D]efault [J]udgment, ECF No. 83, be **GRANTED IN PART** and **DENIED IN PART**;

2. Judgment be entered in [P]laintiff's favor against KD Homes for violations of the TCPA under Count II and the VTPPA under Count VIII for the five solicitations on September 12, 2021, and 2:18 p.m.; September 12, 2021, at 2:19 p.m.; November 21, 2021; December 16, 2021; and December 16, 2021, at 5:21 p.m.;

3. Plaintiff be awarded damages totaling $19,000.00, representing statutory damages under the TCPA ($2,500.00) and the VTPPA ($16,500.00), and post-judgment interest as calculated under 28 U.S.C. § 1961(a); and

4. Plaintiff be awarded court costs of $402.00 under the VTPPA.

*Id.* at 34–35. By copy of the Report and Recommendation, the parties were advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge. *Id.* at 35. No objections were filed by any party, and the time for filing objections has expired.

Having reviewed the relevant portions of the record and finding no clear error in the Magistrate Judge's findings or reasoning,[3] the Court hereby **ADOPTS** in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed on February 11, 2026. *See id.* at 1–36. Accordingly, Plaintiff's Motion for Default Judgment, ECF No. 83, is **GRANTED IN PART** and **DENIED IN PART**, in the manner

---

[2] Only Plaintiff appeared at the hearing; KD Homes and Lietdke did not appear. R&R at 2, ECF No. 90.

[3] As no objections to the Report and Recommendation were filed, this Court must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

recommended by the United States Magistrate Judge. The Clerk is **DIRECTED** to enter judgment in Plaintiff's favor against KD Homes, as detailed above, and close this case.

The Clerk is further **DIRECTED** to docket this Final Order in the Court's electronic filing system,[4] and to send copies of this Final Order to KD Homes and Liedtke at 612 Cheeseman Court, Newport News, Virginia 23608.

IT IS SO **ORDERED**.

/s/
Raymond A. Jackson
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
March 4, 2026

---

[4] The Court previously granted Plaintiff's E-Noticing Registration Request. Order, ECF No. 67.